# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00302-CR

**George Williams, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF CALDWELL COUNTY, 421ST JUDICIAL DISTRICT
### NO. 2005-159, HONORABLE TODD A. BLOMERTH, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

George Williams perfected an appeal from his conviction for unlawful restraint. The clerk's fee has not been paid and the clerk's record has not been filed. *See* Tex. R. App. P. 35.3(a). Williams's retained attorney was notified that the appeal would be dismissed if the clerk's record was not paid for by August 27, 2007. The Court received no response to this notice. The appeal is dismissed for want of prosecution. *See* Tex. R. App. P. 37.3(b).

_____

David Puryear, Justice

Before Justices Patterson, Puryear and Pemberton

Dismissed for Want of Prosecution

Filed:   September 21, 2007

Do Not Publish